UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE A. DEBOW

NO. 22-13122 ELF
CHAPTER 13

ORDER COMPELLING ASSUMPTION OR REJECTION OF MOTOR VEHICLE LEASE
WITH CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC,
RE: 2020 FORD EXPLORER-- 11 USC §365(d)(2)

It is ORDERED:

Debtor may, ~~within ten (10) days of the date of this Order~~ on or before January 23, 2023, file a written assumption of a motor vehicle lease with CAB East, LLC/Ford Motor Credit Company, LLC dated November 11, 2019, regarding a 2020 Ford Explorer [VIN...57468] motor vehicle leased by Debtor. In the absence of a timely filing the lease will be deemed REJECTED without further order of court.

DATE: 1/11/23

_____
Bankruptcy Judge
**ERIC L. FRANK**

FMCC Compel Lease