IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE A DEBOW            NO. 22-13122 PMM
                                   CHAPTER 13

NOTICE OF MOTION, RESPONSE DEADLINE [June 8, 2022]
AND HEARING DATE OF APRIL 12, 2023 at 1:00 PM

CAB East, LLC/Ford Motor Credit Company, LLC has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a leased 2020 Ford Explorer motor vehicle.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then **on or before March 31, 2023 you or your attorney must file a response to the Motion** (See instructions on next page).

3. **A hearing on the Motion** is scheduled to be held on **April 12, 2023 at 1:00pm in Courtroom 1, United States Bankruptcy Court**, Robert Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

Unless the court orders otherwise the hearing on this contested matter will an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia, PA [tel: 215-408-2800] or Reading, PA [tel: 610-208-5040] to find out whether the hearing case been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is list on the next page of this Notice.

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

> Clerk, United States Bankruptcy Court
> Robert N C Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA 19107-4299

9. **If you mail your response** to the Bankruptcy clerk's office for filing, you mail it early enough so that it will be received on or before the dated stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail to deliver a copy of the Response to the movant's attorney:

> Howard Gershman, Esquire
> Gershman Law Offices PC
> 135 Old York Road
> Jenkintown, PA 19046
> Tel:   215.886.1120
> Fax:  215.515.0788
> howard@gershman-law.com

Date of Notice:  March 16, 2023