IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE A DEBOW                                  NO. 22-13122 PMM
                                                  CHAPTER 13

ORDER GRANTING CAB EAST, LLC/ FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY §§362/1301
RE: A LEASED 2020 FORD EXPLORER MOTOR VEHICLE

It is ORDERED that the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from the Automatic Stay, is granted:

Effective immediately with waiver of FRPB 4001(a)(3), CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the Automatic Stays of Bankruptcy Code 362a and is free to exercise all of its *in rem* rights as the owner/lessor of a leased motor vehicle: 2020 Ford Explorer [VIN… 57468] leased by Debtor.

DATE: **April 5, 2023**

BY THE COURT:

*Patricia M. Mayer*
_____
Bankruptcy Judge