United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-13122-pmm

Michelle A. Debow                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Debow, 2270 Jase Drive, Newtown, PA 18940-2913 |
| cr | + | Brookshire Estates Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| cr | + | Republic First Bank d/b/a Republic Bank, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market Street, 39th Floor Philadelphia, PA 19103-7242 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Michelle A. Debow brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| INEZ M. MARKOVICH | on behalf of Creditor Republic First Bank d/b/a Republic Bank imarkovich@mccarter.com  lharkins@mccarter.com |

District/off: 0313-2                                                   User: admin                                                        Page 2 of 2
Date Rcvd: Apr 05, 2023                                        Form ID: pdf900                                              Total Noticed: 3

KENNETH E. WEST
                                    ecfemails@ph13trustee.com  philaecf@gmail.com

STEFAN RICHTER
                                    on behalf of Creditor Brookshire Estates Community Association srichter@clemonslaw.com

United States Trustee
                                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE A DEBOW                                    NO. 22-13122 PMM
                                                   CHAPTER 13

ORDER GRANTING CAB EAST, LLC/ FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY §§362/1301
RE: A LEASED 2020 FORD EXPLORER MOTOR VEHICLE


It is ORDERED that the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from the Automatic Stay, is granted:

Effective immediately with waiver of FRPB 4001(a)(3), CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the Automatic Stays of Bankruptcy Code 362a   and is free to exercise all of its *in rem* rights as the owner/lessor of a leased motor vehicle:  2020 Ford Explorer [VIN… 57468] leased by Debtor.


DATE: **April 5, 2023**                 BY THE COURT:

                                        *Patricia M. Mayer*
                                        _____
                                        Bankruptcy Judge