**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Michelle A. Debow | : | Chapter 13 |
| | : | Case No.: 22-13122-PMM |
| Debtor(s) | : | |

### EXHIBIT IN SUPORT OF APPLICATION FOR COMPSENATION

Applicant requests an award of $5,875.00 for providing the following services on behalf of the Debtor:

| Date | Work Completed | By Whom | Hours |
| --- | --- | --- | --- |
| 10/14/2022 | Service of documents list required to prepare bankruptcy schedules and Credit Counseling Course instructions | Paralegal | 0.3 |
| 10/17/2022 | Communications with Debtor regarding chapter 13 filing and plan process; discuss outstanding documents required | Attorney | 1.0 |
| 11/04/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.5 |
| 11/10/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 10/10/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 11/10/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 11/10/2022 | Communications with Debtor regarding outstanding documents required for filing | Paralegal | 0.5 |
| 11/10/2022 | Correspondence with Debtor regarding documents needed; request additional documents | Paralegal | 0.3 |
| 11/10/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 11/18/2022 | Communications with Debtor regarding status of documents and case filing | Attorney | 0.5 |
| 11/18/2022 | Review of documents provided ahead of schedules preparation | Paralegal | 1.0 |
| 11/21/2022 | Communications with Debtor regarding case filing; complete review of schedules and proposed chapter 13 plan | Attorney | 1.5 |
| 11/21/2022 | Preparation of Complete Bankruptcy Filing including generating Credit Report, PACER Search, and local county dockets and generating E-Signatures and service of the same to Debtors | Paralegal | 1.0 |
| 11/21/2022 | Correspondence with Debtor confirming chpater 13 case filing; service of documentation demonstrating the same | Paralegal | 0.5 |

| Date | Description | Role | Hours |
|---|---|---|---|
| 11/21/2022 | Communication with Debtor regarding next steps in bankruptcy case; discuss selling property to fund chapter 13 plan | Attorney | 0.5 |
| 11/22/2022 | Correspondence to Debtor regarding case filing; discuss next steps in case including meeting of creditors | Paralegal | 1.0 |
| 12/02/2022 | Communications with Debtor regarding sheriff sale notice posted to property; follow-up with sheriff department and mortgage company regarding same | Attorney | 1.5 |
| 12/05/2022 | Communications with Debtor regarding Motion to Compel Assumption of Motor Vehicle lease filed by Ford; review | Attorney | 1.5 |
| 12/06/2022 | Communications with Debtor regarding lease; discuss chapter 13 plan and intention to assume lease | Attorney | 0.5 |
| 12/12/2022 | Communications with Debtor regarding Motion to Dismiss case filed by Chapter 13 Trustee for failure to provide necessary documents | Attorney | 0.5 |
| 12/16/2022 | E-filing of Employee Income records; follow-up with Debtor regarding 341 Meeting of Creditors | Paralegal | 1.0 |
| 12/19/2022 | Communications with Ford Motor Credit regarding lease; follow-up with Debtor regarding options | Attorney | 1.0 |
| 12/20/2022 | Contact Debtor regarding correspondence received from IRS regarding Debtor's failure to timely file tax returns | Paralegal | 0.5 |
| 12/30/2022 | Communications with Debtor regarding Objection to Confirmation of Plan filed by mortgagee; review of same | Attorney | 1.0 |
| 01/05/2023 | Communications with Debtor regarding listing home for sale and inquire regarding status | Attorney | 0.5 |
| 01/11/2023 | Provide Debtor with a copy of the Order Compelling Assumption or Rejection of Motor Vehicle Lease | Paralegal | 0.5 |
| 01/26/2023 | Communications with Debtor regarding Motion to Dismiss Case for Failure to Make Plan Payments | Attorney | 0.5 |
| 02/27/2023 | Communications with Debtor regarding requirement to make plan payments; inquire about whether Debtor has filed tax returns | Attorney | 1.0 |
| 03/10/2023 | Contact Debtor regarding upcoming dismissal hearing and tax returns required | Paralegal | 0.5 |
| 03/16/2023 | Communications with Debtor regarding Motion for Relief from Stay filed by Ford Motor Credit; provide Debtor copy of the same | Attorney | 0.5 |
| 03/23/2023 | Communications with Debtor regarding Motion for Relief from Stay filed by mortgage company; provide Debtor copy of the same | Attorney | 0.5 |
| 03/28/2023 | Communications with Debtor regarding mortgage company motion for relief, motion for relief filed by Ford, and trustee payment; advise Debtor regarding payment needed ASAP | Attorney | 1.0 |
| 04/11/2023 | Communications with Debtor regarding vehicle and Order granting relief from the automatic stay | Attorney | 0.5 |

| 04/20/2023 | Communications with Debtor inquiring about intent regarding house; follow-up regarding plan payments | Attorney | 0.5 |
| 4/24/2023 | Draft Response to Motion for Relief from Stay | Attorney | 1.0 |
| 04/24/2023 | E-filing of Response to Motion for Relief from Stay; service | Paralegal | 0.5 |
| 04/24/2023 | Communications with Debtor regarding failure to make plan payments, advise that case may be imminently dismissed | Attorney | 0.5 |

Dated: June 13, 2023            By: */s/ Brad J. Sadek*
                                   Brad J. Sadek, Esquire